UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **HEYMAN WOODS** | **CIVIL ACTION NO. 07-985-P** |
| **VERSUS** | **JUDGE STAGG** |
| **SUE HOLIDAY, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

MEMORANDUM RULING

Before the court is Woods's motion to be transferred. (Doc. 4). He is incarcerated at the Claiborne Parish Detention Center in Homer, Louisiana. He names Sue Holiday, Leroy Holiday, John Goodwin, Linda Ramsay and the Louisiana Department of Public Safety & Corrections as defendants.

The United States Supreme Court has held that it is for state prison authorities to decide where a state prisoner is to be incarcerated, and that a prisoner has no right to challenge his place of incarceration. See Olim v. Wakinekona, 461 U.S. 238, 103 S.Ct. 1741, 75 L.Ed.2d 813 (1983); Meachum v. Fano, 427 U.S. 215, 96 S.Ct. 2532, 49 L.Ed.2d 451 (1976). Under Olim and Meachum, this Court has no authority to order the State to transfer Plaintiff to another prison or order the State to not transfer Plaintiff to another prison.

Accordingly;

**IT IS ORDERED** that Plaintiff's motion for a transfer (Doc. 4) be **DENIED**.

Signed this ___27th___ day of ___June___ 2007, in chambers in Shreveport, Louisiana.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE